IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>W. SIMON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00389 LJO SMS (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT<br><br>(DOCUMENT #10) |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2007, plaintiff filed a motion to extend time to file an amended complaint, pursuant to the court's order of July 25, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:　September 13, 2007**　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE