# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAMERON HOOKER, | ) | No. CV 1-06-cv-00389-JMR |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| W. SIMON, et al., | ) | |
| Defendants. | ) | |

On December 15, 2009, Defendants filed a motion to extend the deadline to take Plaintiff's deposition, currently set for January 12, 2010, and to set a new date, if necessary, after the Court issues an order on the pending motion for judgment on the pleadings.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion (Doc. No. 28) is **GRANTED**. The Court vacates the deadline for taking Plaintiff's deposition. A new deadline will be set, if necessary, after the Court rules on Defendants' pending motion for judgment on the pleadings.

DATED this 15th day of December, 2009.

_____
John M. Roll
Chief United States District Judge