# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Cameron Hooker,

      Plaintiff,

vs.

W. Simon, et al.,

      Defendants.

No. 1:06-CV-00389-JMR

**ORDER**

On January 22, 2009, Defendants filed a motion to vacate the pending deadlines in the Court's scheduling order (Doc. No. 30), and to set new deadlines, if necessary, after the Court issues an order on the pending motion for judgment on the pleadings.

For good cause shown, **IT IS HEREBY ORDERED** that Defendants' Motion (Doc. No. 30) is **GRANTED**. The Court vacates all pending deadlines issued in the Court's scheduling order of September 1, 2009. New deadlines will be set, if necessary, after the Court rules on Defendants' pending motion for judgment on the pleadings.

DATED this 5th day of February, 2010.

_____
John M. Roll
Chief United States District Judge