1
2
3
4          **IN THE UNITED STATES DISTRICT COURT**
5          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7  Cameron Hooker,                    )
                                      )   No. 1:06-CV-00389-JMR
8          Plaintiff,                 )
                                      )   **ORDER**
9  vs.                                )
                                      )
10 W. Simon, et al.,                  )
                                      )
11         Defendants.                )
                                      )
12 _____)

13         On January 22, 2009, Defendants filed a motion to vacate the pending deadlines in the

14 Court's scheduling order (Doc. No. 30), and to set new deadlines, if necessary, after the

15 Court issues an order on the pending motion for judgment on the pleadings.

16         For good cause shown, **IT IS HEREBY ORDERED** that Defendants' Motion (Doc.

17 No. 30) is **GRANTED**.  The Court vacates all pending deadlines issued in the Court's

18 scheduling order of September 1, 2009.  New deadlines will be set, if necessary, after the

19 Court rules on Defendants' pending motion for judgment on the pleadings.

20         DATED this 5th day of February, 2010.

21
22
23
24         _____
25                  John M. Roll
26         Chief United States District Judge
27
28