# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. SIMON, et al.,<br><br>　　　　Defendants. | No. 06-cv-00389-JMR<br><br>**ORDER** |

On February 8, 2010, Defendants filed a motion to stay discovery until the Court rules on the motions for judgment on the pleadings filed September 14, 2009 (Doc. No. 32). For good cause shown, Defendants' motion (Doc. No. 32) is **GRANTED**. Responses to Plaintiff's discovery are stayed until after the Court rules on the pending motion for judgment on the pleadings.

Dated this 1st day of March, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John M. Roll
　　　　　　　　　　　　　　　　Chief United States District Judge