IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HOOKER,<br><br>            Plaintiff,<br><br>    v.<br><br>W. SIMON, et al.,<br><br>            Defendants. | No. 06-cv-00389-JMR<br><br>**ORDER** |

On February 8, 2010, Defendants filed a motion to stay discovery until the Court rules on the motions for judgment on the pleadings filed September 14, 2009 (Doc. No. 32). For good cause shown, Defendants' motion (Doc. No. 32) is **GRANTED**. Responses to Plaintiff's discovery are stayed until after the Court rules on the pending motion for judgment on the pleadings.

Dated this 1st day of March, 2010.

*John M. Roll*
John M. Roll
Chief United States District Judge